UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO BIKE & KAYAK TOURS, INC. a California corporation,<br><br>          Plaintiff,<br><br>v.<br><br>LA JOLLA KAYAK COMPANY, LLC, a limited liability company, *et al*.<br><br>          Defendants. | Civil No. 07cv2173-L(CAB)<br><br>**ORDER DENYING JOINT MOTION FOR EXTENSION OF TIME TO ANSWER CROSS-COMPLAINT** |

On May 6, 2008 the parties filed a joint motion styled as a Stipulation to Extend Time to Answer Cross-Complaint. To obtain an extension of time to file and serve a responsive pleading pursuant to Federal Rule of Civil Procedure 12(a), the moving party must show good cause. Fed. R. Civ. Proc. 6(b); Civ. L. Rule 12.1. The parties' stipulation does not include a showing of good cause and does not state the current due date. The court also notes that although Defendants filed counterclaims, there are no cross-claims or cross-complaints on file in this action. Accordingly, the parties' request for extension of time to file an answer to a cross-complaint is **DENIED**.

**IT IS SO ORDERED**.

DATED: May 7, 2008

                                           M. James Lorenz<br>                                           United States District Court Judge

07c2173

1 | COPY TO:
2 | HON. CATHY ANN BENCIVENGO
    UNITED STATES MAGISTRATE JUDGE
3 |
    ALL PARTIES/COUNSEL