# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO BIKE & KAYAK TOURS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LA JOLLA KAYAK & COMPANY, LLC, a limited liability company, et al.,<br><br>Defendants. | Civil No.   07cv2173 L (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

A Mandatory Settlement Conference was held on August 22, 2008.  Counsel for all parties represented the case has settled.  Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be electronically filed on or before **September 4, 2008**.[1]  On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable M. James Lorenz, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before September 4, 2008, then a Settlement Disposition Conference shall be

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.

- 1 -

07cv2173

held on **September 5, 2008**, at **1:30 p.m.** before Judge Bencivengo. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before September 4, 2008, the Settlement Disposition Conference shall be vacated.

**IT IS SO ORDERED**.

DATED: August 22, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge