1
2
3
4
5
6
7           UNITED STATES DISTRICT COURT
8           SOUTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| SAN DIEGO BIKE & KAYAK TOURS, INC., a California corporation, </br></br>  Plaintiff, </br></br> v. </br></br> LA JOLLA KAYAK & COMPANY, LLC, a limited liability company, LA JOLLA KAYAK, LLC, a California corporation; MICHAEL LUSCOMB, an individual; SHARON LUSCOMB, an individual, </br></br> Defendants. </br></br> AND RELATED COUNTERCLAIMS | CASE NO.: 07-CV-2173 L (CAB) </br></br> **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS AND COUNTERCLAIMS** |

CASE NO.: 07-CV-2173 L (CAB)

1

2  Pursuant to the parties' joint motion filed September 4, 2008 and Rule 41(a) of the
3  Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED** as follows:  (1) the Complaint
4  filed herein on or about November 14, 2007, and all claims asserted therein, are dismissed with
5  prejudice; (2) the Counter-Claim filed herein on or about April 4, 2008, and all claims asserted
6  therein, are dismissed with prejudice; (3) each party herein shall bear its own attorney's fees and
7  costs incurred in this action; and (4) this Court shall retain jurisdiction to enforce the terms of the
8  Settlement Agreement and adjudicate any and all disputes arising under the Settlement
9  Agreement.

10  **IT IS SO ORDERED.**

11  Dated:  September 5, 2008

12  By: *[signature]*
13  M. James Lorenz
United States District Court Judge

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28